UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL JIMINIAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>PHH MORTGAGE SERVICES., et al.<br><br>          Defendants. | Case No.: 1:25-cv-00885-JLT-SKO<br><br>**ORDER TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>**21-DAY DEADLINE** |

Plaintiffs Angel Jiminian and Mercedes Jiminian proceed *pro se* in this diversity action.[1]

On September 22, 2025, Defendants PHH Mortgage Corporation d/b/a/ PHH Mortgage Services and NEWREZ, LLC ("Defendants") filed a motion to dismiss Plaintiffs' complaint. (Doc. 3.)

Pursuant to Eastern District of California Local Rule 230(c) and Federal Rule of Civil Procedure 26(c), Plaintiffs' opposition or a statement of non-opposition to Defendants' motion to dismiss was due on October 31, 2025. Although more than the provided time has passed, Plaintiffs have failed to file any pleading. (*See* Docket).

Accordingly, the Court ORDERS Plaintiffs, within 21 days, to show cause in writing why this action should not be dismissed for his failure to prosecute. Alternatively, within that same

---

[1] Plaintiffs originally filed his complaint in the Fresno County Superior Court. The action was removed to this Court on July 21, 2025. (*See* Doc. 1.)

time, Plaintiffs may file an opposition or a statement of non-opposition to Defendants' motion to dismiss.

In light of this Order to Show Cause, the Court VACATES the hearing set for December 3, 2025, to be reset at a later date if appropriate.

**Failure to comply with this order will result in a recommendation that this case be dismissed for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **November 3, 2025**              /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

2