UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANGEL JIMINIAN, et al.,

Plaintiffs,

vs.

PHH MORTGAGE SERVICES, et al.,

Defendants.

Case No.: 1:25-cv-00885-JLT-EGC

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND IN PART**

(Docs. 3, 20)

Angel Jiminian and Mercedes Jiminian, proceeding *pro se*, initiated this action against Defendants PHH Mortgage Services and NewRez LLC by filing a complaint in Fresno County Superior Court that was then removed by Defendants on July 21, 2025. (Doc. 1). Before the Court is a Motion to Dismiss and Request for Judicial Notice filed by Defendants. (Docs. 3, 4). The Court referred the Motion to Dismiss and Request for Judicial Notice to the assigned magistrate judge for the preparation of findings and recommendations. (*See* Doc. 5).

On January 16, 2026, the assigned magistrate judge issued Findings and Recommendations recommending the Court grant Defendants' Motion to Dismiss, (Doc. 3), and Defendants' Request for Judicial Notice, (Doc. 4). (Doc. 20 at 29). The assigned magistrate further recommended that the Court grant Plaintiffs limited leave to amend as to only counts one,

two, three, four, five, six, and twelve. (*Id.*). Plaintiffs filed untimely objections to the findings and recommendations on May 21, 2026. (Doc. 30). The following day, Defendants filed a response to the untimely objections. (Doc. 31). The Court has considered the Plaintiffs' objections because doing so will result in no unfair prejudice to the defense.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. The findings and recommendations are supported by the record and by proper analysis. In response to the plaintiffs' objections, the court concludes more specifically (1) the magistrate judge was appropriately lenient in interpreting the complaint and the plaintiffs' allegations; (2) the magistrate judge does not recommend resolving any disputed questions of fact by taking judicial notice; (3) the magistrate judge correctly recommends granting leave to amend in part, in light of the liberal standard of Rule 15, and because the defects in claims 1–6 and 12 could potentially be cured with an amendment; and (4) the magistrate correctly recommends dismissing the plaintiffs' remaining claims without leave to amend because an amendment would lead to an exercise in futility.

1. The findings and recommendations issued on January 16, 2026, (Doc. 20), are **ADOPTED IN FULL.**
2. Counts one, two, three, four, five, six, and twelve are **DISMISSED** with limited leave to amend as described in the January 16, 2026 findings and recommendations.
3. Counts seven, eight, nine, ten, and eleven are **DISMISSED** without leave to amend as any such leave would be futile.

Plaintiffs are hereby given 30 days by which to either (1) file a notice of dismissal or (2) file an amended complaint consistent with this order.

The Clerk is **DIRECTED** to serve a copy of this order on Plaintiffs at their last known addresses as reflected on the docket.

IT IS SO ORDERED.

Dated: July 24, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE