**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL JIMINIAN, et al.,<br>Plaintiffs,<br>v.<br>PHH MORTGAGE SERVICES, et al.,<br>Defendants. | Case No. 1:25-cv-00885 JLT EGC<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE |

On July 24, 2026, the Court granted Defendants' Motion to Dismiss, (Doc. 3), and granted Plaintiffs leave to amend. (Doc. 34). Plaintiffs were given thirty days to file an amended complaint. The time to do so has now passed. Therefore, the Court **DIRECTS** the clerk to close this case.

IT IS SO ORDERED.

Dated: September 8, 2026

[signature: Jennifer L. Thurston]
UNITED STATES DISTRICT JUDGE